*414
 
 Pearson, C. J.
 

 The defendant held possession of the slaves for more than ten years after the execution of the mortgage ; during that time some of them were sold for the satisfaction of other creditors, and the mortgagee makes no objection, and during the whole time nothing is said or done in respect to the mortgage debt, and not even one cent of interest is paid or demanded.
 

 From this state of things, the law requires the Court to presume that the right to foreclose, or otherwise enforce the mortgage, has been
 
 abandoned
 
 for some cause or other ; whether by reason of a different arrangement, which the parties may have made, or because the mortgage-money has, in fact, been paid, or because, as is alleged in the answer, it never was the intention of the mortgagee
 
 to
 
 enforce the mortgage, are subjects beside the question.
 

 The'presumption of the abandonment of the right to enforce the mortgage being established, the question is narrowed to this : Do the plaintiffs offer evidence sufficient to rebut this presumption ? "Without entering into a detailed examination of the evidence, it is sufficient to say, after perusing and giving to the whole of the evidence full consideration, we are of opinion that no fact, established by the proofs, is sufficient to rebut the presumption of an abandonment of the right to enforce the mortgage. The proof in regard to the insolvency of the defendant and his consequent inability to have paid the mortgage debt, is beside the question, because the slaves conveyed by the mortgage, constituted a fund, out of which, the payment of the mortgage debt could, at any time, have been enforced, and for reasons of public concern, if the matter is allowed to stand for more than ten years, during which time the
 
 mortgagor is in possession,
 
 the Court is required to presume that the right to foreclose has been abandoned.
 

 In regard to a mortgage of slaves, if the mortgagee holds possession for more than two years after the
 
 tíme
 
 of forfeiture, the equity of redemption is barred by a statute of limitations —showing that the policy of the law is to discourage all suits
 
 *415
 
 on stale claims, especially in regard to property of this description.
 

 Pee Cubiam, Bill dismissed.